Wheeler v BrandSafway Indus., LLC (2025 NY Slip Op 03888)

Wheeler v BrandSafway Indus., LLC

2025 NY Slip Op 03888

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

310 CA 24-01226

[*1]BRYAN WHEELER, PLAINTIFF-APPELLANT,
v
BRANDSAFWAY INDUSTRIES, LLC, NEW YORK POWER AUTHORITY, MAID OF THE MIST CORPORATION, MAID OF THE MIST ENTERPRISES, INC., AND MAID OF THE MIST HOSPITALITY, LLC, DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

COLLINS & COLLINS ATTORNEYS, LLC, BUFFALO (ETHAN W. COLLINS OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (NORMAN B. VITI, JR., OF COUNSEL), FOR DEFENDANT-RESPONDENT BRANDSAFWAY INDUSTRIES, LLC.
HURWITZ & FINE, P.C., BUFFALO (DAVID R. ADAMS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS NEW YORK POWER AUTHORITY, MAID OF THE MIST CORPORATION, MAID OF THE MIST ENTERPRISES, INC., AND MAID OF THE MIST HOSPITALITY, LLC. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered May 23, 2024. The order, inter alia, granted an evidentiary hearing. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Wheeler v Brandsafway Indus., LLC ([appeal No. 1] — AD3d — [June 27, 2025] [4th Dept 2025]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court